IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES GLENN PATTERSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0083

_____/

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

James Glenn Patterson, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and MAKAR, JJ., CONCUR.